IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Alexandra Ortiz | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 18-16874-amc |

**CERTIFICATE OF SERVICE**

I, Joseph Quinn, Esquire, Counsel for Alexandra Ortiz hereby certify that a true and correct copy of the Motion to Approve the Mortgage Loan Modification Agreement along with Notice of Motion electronically filed on May 24, 2019 has been served upon the following by the means stated:

***Via Electronic Filing (ECF) on May 24, 2019:***

Kevin G. McDonald on behalf of Creditor Citigroup Mortgage Loan Trust Inc.
bkgroup@kmllawgroup.com

Rolando Ramos-Cardona on behalf of Trustee Scott F. Waterman
ecfmail@readingch13.com, ecf_frpa@trustee13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com

***Via U.S.P.S first class mail on May 24, 2019:***

Mukta Suri, Authorized Agent
Specialized Loan Servicing, LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129

All other creditors not otherwise notified by means of ECF.

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S Hanover Street, Suite 101
Pottstown, PA 19464
JQuinn@rqplaw.com
Counsel for Debtor

Date: May 24, 2019