Case 18-16874-amc    Doc 30    Filed 06/18/19    Entered 06/18/19 16:01:17    Desc Main
Document      Page 1 of 1

IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Alexandra Ortiz                :        Chapter 13
          Debtor             :        Bankruptcy No.: 18-16874-amc

_____

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Alexandra Ortiz, Debtor in the above-captioned matter.

2. That a Motion to Approve a Mortgage Loan Modification by and between Debtor and Specialized Loan Servicing was filed with this Court on May 24, 2019.

3. That a copy of the Motion and Notice of Motion was served upon parties in interest on May 24, 2019.

4. A certificate of service was filed with the Court on May 24, 2019 declaring timely service to the above-referenced parties.

5. A response deadline was set as June 14, 2019.

6. No response to said Motion has been received as of June 18, 2019.

Respectfully Submitted,

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn,*
    Joseph L. Quinn, Esquire
    Attorney for Debtor
    192 S Hanover Street, Suite 101
    Pottstown, PA 19464
    Ph: (610) 323-5300

Dated: June 18, 2019