IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Alexandra Ortiz | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 18-16874-amc |

### ORDER

AND NOW, after notice and opportunity for hearing, if any, it is hereby ORDERED that Debtor and Specialized Loan Servicing have permission by the Court to enter into the Mortgage Loan Modification Agreement between the parties.

**Date: June 20, 2019**

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE