## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Alexandra Ortiz<br><br>                        Debtor | CHAPTER 13 |
| Specialized Loan Servicing as servicer for Citigroup<br>Mortgage Loan Trust Inc., Asset-Backed Pass-Through<br>Certificates, Series 2007-AMC1, U.S. Bank National<br>Association, as Trustee<br>                        Movant<br>      vs. | NO. 18-16874 AMC |
| Alexandra Ortiz<br><br>                        Respondent | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of  Specialized Loan Servicing as servicer for Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee, which was filed with the Court on or about November 14, 2018 (Document No. 14).

                        Respectfully submitted,

                        **/s/ Kevin G. McDonald, Esquire**
                        Kevin G. McDonald, Esquire
                        Attorney for Movant
                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA  19106
                        215-627-1322

July 24, 2019