United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Alexandra Ortiz  
    Debtor

Case No. 18-16874-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 2     Date Rcvd: Jul 25, 2019  
                 Form ID: pdf900     Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2019.

```
db              +Alexandra Ortiz,    600 Snyder Road,    Reading, PA 19609-1232
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14213687       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bankamerica,     Po Box 982238,     El Paso, TX 79998)
14240644        +BANK OF MISSOURI,    2700 S LORRAINE PL,    SIOUX FALLS, SD 57106-3657
14213686        +Balbino A Pena,    807 Summit Chase Drive,    Reading, PA 19611-1531
14237009        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14229962        +Citigroup Mortgage Loan Trust Inc.,    KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
                  Philadelphia, PA 19106-1541
14237321        +Citigroup Mortgage Loan Trust, Inc.,    U.S. Bank National Association Trustee (,
                  c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
14213689        +Collection Specialists, Inc.,    335 Gordon Drive,    P.O. Box 339,    Lionville, PA 19353-0339
14213692        +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14213693        +MS Hershey Medical Center,    500 University Drive,    Hershey, PA 17033-2390
14230300        +Movant C/O Kevin G. McDonald,    701 Market Street,,    Suite 500,,    Philadelphia PA,,    19106,
                  Citigroup Mortgage Loan Trust Inc et al. 19106-153
14213695        +Patrick J. Wesner, Esquire,    Parker McCay, PA,    9000 Midlantic Drive, Suite 300,
                  PO Box 5054,    Mount Laurel, NJ 08054-5054
14213696        +Reading Health System,    PO Box 70894,    Philadelphia, PA 19176-5894
14213697         Specialized Loan Servicing, Inc.,    PO Box 65450,    Salt Lake City, UT 84165-0450
14213698        +Tbom/total Crd,    5109 S Broadband Ln,    Sioux Falls, SD 57108-2208
14250798        +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh, NC 27605-1000
14213699        +Wells Fargo Dealer Svc,    Po Box 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 26 2019 03:22:22
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 26 2019 03:22:42     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14213688         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 26 2019 03:24:47      Capital One,
                  15000 Capital One Dr,    Richmond, VA 23238
14238478         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 26 2019 03:24:49
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14214250        +E-mail/Text: bankruptcy@cavps.com Jul 26 2019 03:22:41      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14213690        +E-mail/PDF: creditonebknotifications@resurgent.com Jul 26 2019 03:24:13      Credit One Bank Na,
                  Po Box 98872,    Las Vegas, NV 89193-8872
14213691        +E-mail/Text: electronicbkydocs@nelnet.net Jul 26 2019 03:22:36      Dept Of Education/neln,
                  121 S 13th St,    Lincoln, NE 68508-1904
14249190         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 26 2019 03:23:36      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14249183         E-mail/Text: bkr@cardworks.com Jul 26 2019 03:22:04      MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14213694        +E-mail/Text: Bankruptcies@nragroup.com Jul 26 2019 03:22:58      National Recovery Agency,
                  PO Box 67015,    Harrisburg, PA 17106-7015
14230099        +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 26 2019 03:22:39      Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14233906        +E-mail/Text: electronicbkydocs@nelnet.net Jul 26 2019 03:22:36
                  US Department of Education co Nelnet,    121 SOUTH 13TH STREET SUITE 201,
                  LINCOLN, NE 68508-1911
                                                                                              TOTAL: 12
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Case 18-16874-amc    Doc 37    Filed 07/27/19    Entered 07/28/19 00:53:18    Desc Imaged
Certificate of Notice    Page 2 of 3

```
District/off: 0313-4          User: Lisa              Page 2 of 2            Date Rcvd: Jul 25, 2019
                              Form ID: pdf900         Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2019 at the address(es) listed below:
```
          JOSEPH L QUINN    on behalf of Debtor Alexandra  Ortiz CourtNotices@rqplaw.com
          KEVIN G. MCDONALD    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc.
           bkgroup@kmllawgroup.com
          ROLANDO   RAMOS-CARDONA     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com,  ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                                                            TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :

ALEXANDRA ORTIZ

                                            : Bankruptcy No. 18-16874REF
Debtor(s)                   : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

BY THE COURT

_____
Ashely M. Chan, U.S. Bankruptcy Judge

Date: July 25, 2019
Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

JOSEPH L QUINN ESQ
LAW OFFICE OF STEPHEN ROSS PC
152 E HIGH ST   STE 100
POTTSTOWN PA 19464-

ALEXANDRA ORTIZ
600 SNYDER ROAD
READING, PA 19609-